**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samoeuth Sy, | ) No. CV 11-440-PHX-JAT |
| Petitioner, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| Katrina Kane, | ) |
| Respondent. | ) |
| | ) |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. 1). The Magistrate Judge to whom this case was referred issued a Report and Recommendation ("R&R") (Doc. 10) recommending that the Petition be denied as moot because Petitioner has been removed from the United States.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise"); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Based on the foregoing,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 10)

is accepted as follows: Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is denied as moot and the Clerk of the Court shall enter judgment accordingly.[1]

DATED this 1st day of September, 2011.

James A. Teilborg
United States District Judge

---

[1] The Court need not issue a certificate of appealability because the Petition in this case was filed pursuant to 28 U.S.C. § 2241. *See Forde v. U.S. Parole Comm'n*, 114 F.3d 878, 879 (9th Cir. 1997).